1  LYNN HUBBARD III, SBN 69773
2  SCOTTLYNN J HUBBARD IV, SBN 212970
   DISABLED ADVOCACY GROUP, APLC
3  12 Williamsburg Lane
   Chico, CA 95926
   Telephone: (530) 895-3252
4  Facsimile: (530) 894-8244

5  Attorneys for Plaintiff

6  JAMES H. VERNON, SBN 41163
   KATHERINE VERNON RYAN, SBN 193324
7  LAW OFFICES OF JAMES H.VERNON
   2070 San Ramon Valley Blvd.
8  San Ramon, CA 94583
   Telephone: (925) 838-9400
9  Facsimile: (925) 838-9701

10 Attorneys for Defendant
   Patricia A. James, Trustee of the Patricia
11 A. James Trust Dated 8/25/95

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL McCUNE, | Case No. 2:11-cv-01053-JAM-KJN |
| Plaintiff, | |
| v. | STIPULATION FOR DISMISSAL and ORDER THEREON |
| PATRICIA A. JAMES, TRUSTEE OF THE PATRICIA A. JAMES TRUST DATED 8/25/95, | |
| Defendant. | |

TO THE COURT AND TO ALL PARTIES:

Plaintiff, Michael McCune, and defendant, Patricia A. James, Trustee of the Patricia A. James Trust Dated 8/25/95, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: August 8, 2011                              DISABLED ADVOCACY GROUP, APLC

                                                    */s/  Lynn Hubbard III*
                                                    LYNN HUBBARD III
                                                    Attorney for Plaintiff Michael McCune

Dated: August 8, 2011                              LAW OFFICES OF JAMES H. VERNON

                                                    */s/  James H. Vernon*
                                                    JAMES H. VERNON
                                                    Attorney for Defendant Patricia A. James,
                                                    Trustee of the Patricia A. James Trust Dated 8/25/95

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:11-cv-01053-JAM-KJN, is hereby dismissed with prejudice.

Dated: August 12, 2011                             /s/ John A. Mendez
                                                    United States District Court Judge